UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Criminal No.: 7:13-cr-00122 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| Tycie L. Hill, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defense attorney William T. Clarke's Request for Protection from Court Appearance for November 11, 2014 and November 17, 2014. ECF No. 408. For the reasons stated below, this Court DENIES counsel's Request. Accordingly, Mr. Clarke, attorney for the defendant, Tycie L. Hill, is not protected from appearing before the Court for this time period.

As per Judge Anderson's filing preferences, No. 9, entitled "Protection Requests and Extensions of Time," states that parties should "not request protection from trial or other court appearances **unless** a hearing date has been scheduled during the time period for which protection is requested." There are no hearings on this matter during the time period that Mr. Clarke requests protection from appearing before this Court. Accordingly, the Request for Protection from Court Appearance for November 11, 2014 and November 17, 2014 is denied.

**IT IS SO ORDERED.**

*[signature]*

G. Ross Anderson, Jr.
Senior United States District Judge

November 4, 2014
Anderson, South Carolina